**Sherman HOWARD, Petitioner**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

**Nos. 2014–3116, 2014–3121.**

United States Court of Appeals, Federal Circuit.

Feb. 10, 2015.

Marshall Decederil White, Law Office of Marshall D. White, San Antonio, TX, argued for petitioner.

Anna Bondurant Eley, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC argued for respondent. Also represented by Joshua E. Kurland, Joyce R. Branda, Robert E. Kirschman, Jr., Bryant G. Snee.

REYNA, MAYER, and CHEN, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

---

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**